DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Goodwin<br><br>Case below:<br>183 N.C. App. —<br>(1 May 2007) | No. 279P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1165) | Denied<br>08/23/07 |
| State v. Hammett<br><br>Case below:<br>182 N.C. App. 316 | No. 083P06-2 | 1. Def's NOA Based Upon a Constitutional Question (COA05-377-2)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed<br>08/23/07<br><br>3. Denied<br>08/23/07<br><br>**Hudson, J.,<br>Recused** |
| State v. Harris<br><br>Case below:<br>184 N.C. App. —<br>(19 June 2007) | No. 349P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-929) | Dismissed<br>08/23/07 |
| State v. Hennis<br><br>Case below:<br>184 N.C. App. —<br>(3 July 2007) | No. 342P07 | AG's Motion for Temporary Stay<br>(COA06-1134) | Allowed<br>07/19/07 |
| State v. Hewson<br><br>Case below:<br>182 N.C. App. 196 | No. 188P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-433) | Denied<br>08/23/07 |
| State v. James<br><br>Case below:<br>184 N.C. App. —<br>(19 June 2007) | No. 315P07 | 1. Def's Motion for Temporary Stay<br>(COA06-896)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>07/09/07<br>Stay Dissolved<br>08/23/07<br><br>2. Denied<br>08/23/07<br><br>3. Denied<br>08/23/07 |
| State v. Jessup<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 335P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1062) | Denied<br>08/23/07 |
| State v. Kitchengs<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 322P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-941) | Denied<br>08/23/07 |